BEAM, JUSTICE, SPECIALLY CONCURRING:
 

 ¶20. While I agree with the majority opinion that this matter is not properly before the Court, the fact that this matter
 is not properly before us is frustrating for a number of reasons. First, this same issue was before the Court in 2015. After the Court remanded the case to the Hinds County Circuit Court, no further action was taken. Second, because this Court is not in a position to resolve the plethora of issues, such as the backlog of cases and administrative problems that plague the Hinds County Court and the Hinds County Circuit Court, this Court has to rely on Hinds County to fix the issues. Until the issues have been corrected, justice will be delayed further. While I wish this Court could swoop in and save the day, this Court must stay within its authority in order to maintain the integrity of the judicial process and to give both litigants and citizens the confidence and respect the Court and its decisions owe to them.